**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**MARIAH BUCHANAN PERRY**                                                   **PLAINTIFF**

**V.**                                                        **CIVIL CAUSE NO. 1:24-CV-86-GHD-DAS**

**MISSISSIPPI DEPARTMENT OF CHILD
PROTECTION SERVICES**                                                 **DEFENDANT**

## ORDER TO CORRECT COMPLAINT

The plaintiff Mariah Buchanan Perry filed this action on May 14, 2024, against the Mississippi Department of Child Protection Services and has moved to proceed *in forma pauperis* in this action. Docket 1, 2. Before considering the plaintiff's request to proceed without paying the costs of these proceedings, the court will require the plaintiff correct two issues with her Complaint.

The court acknowledges the allegations of a *pro se* complaint are held to "less stringent standards than formal pleadings drafted by lawyers" and understands its obligation to liberally construe the pleadings of a lay person when she is proceeding in a case without benefit of counsel. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). However, compliance with this court's Local Uniform Civil Rules and Administrative Procedures for Electronic Case Filing is required regardless of how a party is proceeding.

The plaintiff utilized the form "Complaint for Violations of Civil Rights" which, in the section identifying the defendant(s), provides "[w]rite the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write 'see attached' in the space and attach an additional page with the full list of names." In this space, the

plaintiff wrote "Mississippi Department of Child Protection Services." There is no attachment naming additional defendants.

Section I.B. of the form "Complaint for Violations of Civil Rights" asks the plaintiff to "[p]rovide the information below for each defendant named in the complaint…" In this section, the plaintiff identifies the following defendants: Mississippi Department of Child Protective Services, Brenda Andrews in her individual and official capacities, Devin Butler in his individual and official capacities, and Lakiesha Grayson in her individual and official capacities.

The plaintiff's Complaint is internally inconsistent in the sections requiring her to identify the named defendants in this action. Therefore, the court will allow her fourteen (14) days to file a corrected Complaint in which she must identify each person or entity she is naming as a defendant on the first page (or on an attachment) as the form "Complaint for Violations of Civil Rights" requires.

The second issue requiring correction involves the plaintiff's signature in Section VI. The Administrative Procedures for Electronic Case Filing state "[a]ll pleadings filed by a pro se party will be signed with a handwritten, 'wet' signature." *See* III), D), 1). Section VI. of the plaintiff's Complaint contains only an electronic signature. The plaintiff is directed to include a handwritten signature in this portion of her corrected Complaint, which must be filed within fourteen (14) days of the date of this Order.

**SO ORDERED**, this the 30th day of May, 2024.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**